IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,   )   | CR 07-1834-6-TUC-RCC |
| Plaintiff,   ) | **ORDER** |
| vs.   ) | |
| Luis Javier Camacho-Ponce,   ) | |
| Defendant.   ) | |

The Court having reviewed the Magistrate Judges' Report and Recommendation, the pleadings and the transcript from the hearing on the Motion to Suppress,

**IT IS ORDERED ADOPTING** the Report and Recommendation (#71) and **GRANTING** in part, **DENYING** in part the Defendant's Motion to Suppress #23 as set forth in the Report and Recommendation filed on February 12, 2008.

DATED this 24th day of March, 2008.

Raner C. Collins
United States District Judge